UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Michael Lavoie,                                    BK No.: 21-10011-BAH
     Debtor                                                   Chapter 13

### Notice of Change of Address of Debtor

NOW COMES Michael Lavoie, debtor, by and through Michael T. Racine of Racine Law Office, PLLC, and notifies this Honorable Court of a change of mailing address effective immediately to:

> Michael Lavoie
> 15C Stark Highway South
> Dunbarton, NH 03046

                                               Respectfully Submitted,
                                               Michael Lavoie,
                                               By and Through

Dated: August 2, 2024                    */s/ Michael T. Racine*
                                               Michael T. Racine, BNH # 07278
                                               RACINE LAW OFFICE, PLLC
                                               The Concord Center
                                               10 Ferry Street, Suite 413
                                               Concord, NH 03301
                                               (ph) 603-230-2408
                                               mike@racinelawoffice.com

### Certificate of Service

I hereby certify that on the date set forth above, I served a copy of this pleading upon all parties appearing electronically via the Court's ECF system.

                                               */s/ Michael T. Racine*
                                               Michael T. Racine, BNH # 07278