Certificate Number: 14912-NH-DE-039363373

Bankruptcy Case Number: 21-10011



14912-NH-DE-039363373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2025, at 1:19 o'clock PM EST, Michael Lavoie completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Hampshire.

Date: February 21, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor