UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Michael Lavoie,   BK No.: 21-10011-BAH
Debtor   Chapter 13

## AFFIDAVIT OF DEBTOR REGARDING DISCHARGE

I, [insert debtor name], the debtor in the above-cited case, hereby declare under penalty of perjury that the information contained in this document is true and correct to the best of my knowledge and belief, effective as of the time of discharge.

1. Pursuant to § 1328(a) of the Bankruptcy Code:

   (L)   I am not obligated to make payments regarding a domestic support obligation.

   **OR**

   ( )   I am current on my ongoing domestic support obligations.

2. Pursuant to § 1328(f) of the Bankruptcy Code, I am qualified to receive a discharge as I have not received a discharge in any other bankruptcy proceeding during the applicable periods set forth in the statute.

3. Pursuant to § 1328(g) of the Bankruptcy Code, I have completed the instructional course concerning personal financial management described in § 111 of the Bankruptcy Code and have filed a certification with the Court.

4. Pursuant to § 1328(h) of the Bankruptcy Code, I hereby certify that there is no reasonable cause to believe that § 522(q)(1) of the Bankruptcy Code is applicable to me, and that there is no proceeding in which I may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

Date: 2/21/2025   Debtor Signature: _Michael Lavoie_
                  Print Name: Michael J Lavoie

State of New Hampshire
County of Merrimack

On this the 21st day of February, 2025, before me, personally appeared Michael Lavoie satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that they executed the same voluntarily and for the purposes therein contained.

Before me,

_____
Justice of the Peace/Notary Public
Commission Expires: _____

MICHAEL T. RACINE
NOTARY PUBLIC
State of New Hampshire
My Commission Expires
April 12, 2028

LBF 3015-2B (Eff. 08/08/2024)