```
              UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF NEW HAMPSHIRE

                   In Re: Michael Lavoie
                   Case No.  21-10011-KB
                         Chapter 13
                           Debtor
```

**CHAPTER 13 TRUSTEE'S INTERIM REPORT & REQUEST FOR DEBTOR'S DISCHARGE**

The above-captioned Debtor has fully complied with his payment obligations pursuant to the Order Confirming his Plan, has filed the Financial Management Course Certificate, and has filed his Affidavit of Compliance With Discharge Requirements, and is entitled to a discharge pursuant to 11 U.S.C. § 1328(a).

Respectfully submitted,

Dated:  March 20, 2025

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this, the 20th day of March, 2025, served electronically via ECF a copy of this Trustee's Interim Report & Request for Debtor's Discharge upon the following:

```
Attorney Michael Racine
Joseph & Kelly Beddia
   c/o Attorney Michael Fisher
Brendalee Boisvert-Lavoie
   c/o Attorney Daniel Krislov
Freedom Mortgage Corporation
   c/o Jason Gigiere
Matthew J. Lavoie
   c/o Attorney Michael Fisher
Merrimack County Savings Bank
   c/o Attorney Craig Donais
Nationstar Mortgage LLC/Mr. Cooper
   c/o Attorney Jeffrey Hardiman
U.S. Bank, NA
   c/o Attorney Joseph Dolben
Office of the U.S. Trustee
```

and by first class US mail to Michael Lavoie at 15C Stark Highway South, Dunbarton, New Hampshire 03046.

Dated:  March 20, 2025                /s/ Lawrence P. Sumski
                                      Lawrence P. Sumski
                                      Trustee