United States Bankruptcy Court
District of New Hampshire

In re:                                        Case No. 21-10011-KB
Michael Lavoie                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                                      User: admin                                      Page 1 of 3
Date Rcvd: Mar 20, 2025                         Form ID: 3180W                                Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Lavoie, 15C Stark Highway South, Dunbarton, NH 03046-4407 |
| cr | + | Joseph Beddia, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | Keith Scott Crosby, 5 David Drive, Raymond, NH 03077-1828 |
| cr | + | Kelly Beddia, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | Matthew J. Lavoie, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| 3115406 | + | Bob Johnson, 58 Walden Pond Drive, Nashua, NH 03064-2877 |
| 3114568 | + | Brendalee Boisvert-Lavoie, c/o Daniel Krislov, Law Office of Peggy L. Small, 193 Kinsley St., Nashua NH 03060-3658 |
| 3114178 | + | City of Claremont, 58 Opera House Sq, Claremont, NH 03743-4935 |
| 3140833 | | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, Philadelphia, PA 19101-7346 |
| 3140501 | + | Joseph R. Beddia and Kelly A. Beddia, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Hanover, NH 03755-1219 |
| 3122265 | + | Keith Crosby, 5 David Drive, Raymond, NH 03077-1828 |
| 3115408 | + | Keith S. Crosby, 5 David Dr, Raymond, NH 03077-1828 |
| 3140502 | | Kelly A. Beddia, 1659 North Groton Road, Groton, NH 03241 |
| 3140503 | + | Kevin F. Carr, Esq., Baker & Hayes, 29 School St, PO Box 524, Lebanon, NH 03766-0524 |
| 3115409 | + | Kevin Keene, 320 Boston Post Rd, Amherst, NH 03031-2600 |
| 3115411 | + | McGrath Law Firm, 3 N. Spring St. Suite 201, Concord, NH 03301-3938 |
| 3120790 | + | Merrimack County Savings Bank, PO Box 826, Concord, NH 03302-0826 |
| 3114183 | + | Merrimack County Savings Bank, c/o Craig Donais, Esq., 95 Market Street, Manchester, NH 03101-1933 |
| 3115413 | + | Michael C. Lee, Esq., Law Office of Peggy L. Small PLLC, 193 Kinsley Street, Nashua, NH 03060-3658 |
| 3114184 | | Nationstar Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 3115414 | + | Rebecca Lavoie, 23 Triangle Park Drive, Unit 213B, Concord, NH 03301-5869 |
| 3115415 | + | Skellig LLC, 83 Worcester Rd, Hollis, NH 03049-6418 |
| 3114186 | | Unitil, PO Box 981077, Boston, MA 02298-1077 |
| 3115474 | + | Unitil Corp, c/o Credit department, 5 McGuire St, Concord, NH 03301-4622 |
| 3114187 | + | Wadleigh Starr & Peters PLLC, 95 Market St, Manchester, NH 03101-1987 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3114384 | + | EDI: AISACG.COM | | |
| | | | Mar 20 2025 21:44:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3118924 | + | EDI: AISACG.COM | | |
| | | | Mar 20 2025 21:44:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3114174 | | EDI: GMACFS.COM | | |
| | | | Mar 20 2025 21:44:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 3114175 | | EDI: BANKAMER | | |
| | | | Mar 20 2025 21:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 3114964 | + | EDI: BANKAMER2 | | |

| District/off: 0102-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 20 2025 21:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 3114176 | + | EDI: TSYS2 | Mar 20 2025 21:44:00 | Barclay's Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 3114463 | + | EDI: AIS.COM | Mar 20 2025 21:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 3114177 | + | EDI: CAPITALONE.COM | Mar 20 2025 21:44:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 3114179 | + | Email/Text: mediamanagers@clientservices.com | Mar 20 2025 17:41:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 3114180 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 17:49:30 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 3128828 | | EDI: IRS.COM | Mar 20 2025 21:44:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 3114181 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 17:41:00 | Freedom Mortgage Corporation, PO Box 6656, Chicago, IL 60680-6656 |
| 3121630 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 17:41:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 3121195 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 17:49:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3115412 | ^ | MEBN | Mar 20 2025 17:39:43 | Mercantile Adjustment Bureau, LLC, PO Box 9055, Williamsville, NY 14231-9055 |
| 3128524 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 17:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 3115877 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 17:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 3114185 | ^ | MEBN | Mar 20 2025 17:39:42 | Northstar Location Services, LLC, Attn: Financial Services Department, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 3120042 | | EDI: PRA.COM | Mar 20 2025 21:44:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 3120655 | + | EDI: AIS.COM | Mar 20 2025 21:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3115407 | ##+ | Brendalee Boisvert-Lavoie, 23 Cutter Road, Litchfield, NH 03052-2629 |
| 3115410 | ##+ | Larry Maloney, 442 Joppa Hill Rd, Bedford, NH 03110-4101 |
| 3114182 | ##+ | Matthew Lavoie, 1940 Player Cir N, Melbourne, FL 32935-4415 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0102-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 45 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Craig S. Donais
    on behalf of Creditor Merrimack County Savings Bank cdonais@wadleighlaw.com emaloney@wadleighlaw.com;cdonais@recap.email

Daniel R. Krislov
    on behalf of Creditor Brendalee Boisvert-Lavoie daniel.smallandlee@gmail.com linda.smallandlee@gmail.com

Jason J. Giguere
    on behalf of Creditor Freedom Mortgage Corporation bankruptcyNE@orlans.com ANHSOrlans@InfoEX.com

Jeffrey J. Hardiman
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper jeffrey.hardiman@brockandscott.com wbecf@brockandscott.com

Joseph M. Dolben
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, nhbk@harmonlaw.com

Lawrence P. Sumski
    SumskiCh13@gmail.com

Michael B. Fisher
    on behalf of Creditor Matthew J. Lavoie fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com

Michael B. Fisher
    on behalf of Creditor Kelly Beddia fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com

Michael B. Fisher
    on behalf of Creditor Joseph Beddia fisher@mbfisherlaw.com fisher.michaelb.r81669@notify.bestcase.com

Michael T. Racine
    on behalf of Debtor Michael Lavoie mike@racinelawoffice.com

Office of the U.S. Trustee
    USTPRegion01.MR.ECF@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Lavoie<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9782<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Hampshire Live Database | |
| Case number: | 21-10011-KB | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Lavoie

March 20, 2025

**By the court:** /s/ Kimberly Bacher
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**