```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEW HAMPSHIRE

                      In Re: Michael Lavoie
                      Case No. 21-10011-KB
                            Chapter 13
                              Debtor
```

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this, the 22nd day of April, 2025, served electronically via ECF a copy of this Trustee's Final Report upon the following:

    Attorney Michael Racine
    Joseph & Kelly Beddia
      c/o Attorney Michael Fisher
    Brendalee Boisvert-Lavoie
      c/o Attorney Daniel Krislov
    Freedom Mortgage Corporation
      c/o Attorney Jason Giguere
    Matthew J. Lavoie
      c/o Attorney Michael Fisher
    Merrimack County Savings Bank
      c/o Attorney Craig Donais
    Nationstar Mortgage LLC/Mr. Cooper
      c/o Attorney Jeffrey Hardiman
    U.S. Bank, NA
      c/o Attorney Joseph Dolben
    Office of the U.S. Trustee

and by first class United States mail to all creditors as listed on the attached service list.

                                          Respectfully submitted,

Dated:  April 22, 2025              <u>/s/ Lawrence P. Sumski</u>
                                          Lawrence P. Sumski
                                          Chapter 13 Trustee
                                          32 Daniel Webster Highway
                                          Suite 15
                                          Merrimack, NH  03054
                                          (603) 626-8899
                                          ID# BNH01460