Michael Lavoie
15C Stark Highway South
Dunbarton, NH 03046

Internal Revenue Service
United States Treasury
P.O. Box 7317
Philadelphia, PA  19104-7317

Capital One Bank USA, N.A.
By American Infosource
PO Box 71083
Charlotte, NC 28272-1083

Bank of America
P.O. Box 15102
Wilmington, DE  19886-5102

Unitil
5 McGuire Street
Concord, NH  03301

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541

Verizon by American InfoSource
P.O. Box 4457
Houston, TX  77210-4457

Resurgent Capital Services
POB 10587
Greenville, SC  29603-0587