United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 21-10011-KB |
| Michael Lavoie | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: 136 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Lavoie, 15C Stark Highway South, Dunbarton, NH 03046-4407 |
| cr | + | Joseph Beddia, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | Keith Scott Crosby, 5 David Drive, Raymond, NH 03077-1828 |
| cr | + | Kelly Beddia, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |
| cr | + | Matthew J. Lavoie, c/o Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755-1222 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig S. Donais | |
| | on behalf of Creditor Merrimack County Savings Bank cdonais@wadleighlaw.com emaloney@wadleighlaw.com;cdonais@recap.email |
| Daniel R. Krislov | |
| | on behalf of Creditor Brendalee Boisvert-Lavoie daniel.smallandlee@gmail.com  linda.smallandlee@gmail.com |
| Jason J. Giguere | |
| | on behalf of Creditor Freedom Mortgage Corporation jgiguere@zwickerpc.com  bknotices@zwickerpc.com |
| Jeffrey J. Hardiman | |
| | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper jeffrey.hardiman@brockandscott.com wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: 136 | Total Noticed: 5 |

Joseph M. Dolben
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, nhbk@harmonlaw.com

Lawrence P. Sumski
    SumskiCh13@gmail.com

Michael B. Fisher
    on behalf of Creditor Matthew J. Lavoie fisher@mbfisherlaw.com  fisher.michaelb.r81669@notify.bestcase.com

Michael B. Fisher
    on behalf of Creditor Kelly Beddia fisher@mbfisherlaw.com  fisher.michaelb.r81669@notify.bestcase.com

Michael B. Fisher
    on behalf of Creditor Joseph Beddia fisher@mbfisherlaw.com  fisher.michaelb.r81669@notify.bestcase.com

Michael T. Racine
    on behalf of Debtor Michael Lavoie mike@racinelawoffice.com

Office of the U.S. Trustee
    USTPRegion01.MR.ECF@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

In re: 

Michael Lavoie
    Debtor.

Case No. 21−10011−KB
Chapter 13

## ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 13 case of the above−named debtor is closed.

    ENTERED at Concord, New Hampshire.

Date: May 23, 2025

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge

Form GTotocloscstmp−136