UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Michael Lavoie
Case No. 21-10011-KB
Chapter 13
Debtor

FILED
2025 JUL 14 PM 1: 17
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #8419
Issued on: 5/6/2025
Issued to: Michael Lavoie
15C Stark Highway South
Dunbarton, NH 03046
In the amount of $11.67

3. That the original, now cancelled check was sent to the debtor via his attorney, Michael Racine at The Concord Center, 10 Ferry Street, Suite 413, Concord, NH 03301 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4. That attached is my replacement check number 8439 in the amount of $11.67, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: July 10, 2025

Lawrence P. Sumski,
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH 03054
(603) 626-8899
ID# BNH01460

On this the 10th day of July, 2025 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Karen A. Clemens
Notary Public

*[Notary Seal: Karen A. Clemens, State of New Hampshire, Notary Public, My Commission Expires Feb. 5, 2030]*

CERTIFICATE OF SERVICE

I hereby certify that on this, the 10th day of July, 2025, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Michael Lavoie at 15C Stark Highway South, Dunbarton, NH 03046, Debtor's Attorney, and the Office of the U.S. Trustee.

Dated: July 10, 2025          /s/ Lawrence P. Sumski
                              Lawrence P. Sumski